IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,
      **Plaintiff,**

                Civil No. 12-CV-791
 v.               (GTS/DEP)

2004 Dodge Durango,
VIN: 1D4HD48N84F216652,
      **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DIRECTING ENTRY OF AN UNCONTESTED JUDGMENT OF FORFEITURE

A Verified Complaint for Forfeiture having been filed with the Clerk of the United States District Court on May 11, 2012, seeking forfeiture of the defendant vehicle, and the Clerk of the Court having issued a Warrant of Arrest *In Rem* authorizing and directing the United States Marshals Service to detain the defendant property in their custody, thereby bringing the defendant property under the jurisdiction of this Court; and all known interested parties having been served by certified mail, return receipt requested by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture, and Warrant of Arrest in Rem; and Notice of this forfeiture action and seizure having been published on the government's official internet website, www.forfeiture.gov for thirty (30) days starting May 23, 2012, and a Declaration of Publication has been filed with the Clerk of the United States District Court; and

**WHEREAS**, service was completed as to potential claimant, Julie Givens, by and through her Attorney, Richard Priest, who was served via certified mail receipt number: 7010 3090 0001 3897 1210, on June 1, 2012, and the Process Receipt and Return is filed with the Court,

**WHEREAS**, service was completed as to potential claimant, Toddrick Rice, who was served via certified mail receipt number: 7010 3090 0001 3897 1227 on June 13, 2012, and the Process Receipt and Return is filed with the Court,

**WHEREAS**, service was completed as to potential claimant, Tanya Sanchez, who was served via certified mail receipt number: 7010 3090 0001 3897 1234 on June 13, 2012, and the Process Receipt and Return is filed with the Court,

**WHEREAS**, upon information and belief, all known potential claimants to the defendant vehicle are not infants, in the military service of the United States or incompetent persons; now

**ORDERED, ADJUDGED AND DECREED**, that all claims concerning the defendant vehicle, are hereby barred and forever closed and, an Order Directing Entry of an Uncontested Judgment of Forfeiture is entered in, and it is further,

**ORDERED, ADJUDGED AND DECREED**, that all right, title and interest to the defendant vehicle are hereby forfeited to the United States of America for disposition in accordance with law, and it is further,

**ORDERED, ADJUDGED AND DECREED**, that the United States Marshals Service shall dispose of the defendant vehicle in accordance with law, and it is further,

**ORDERED, ADJUDGED AND DECREED**, that the costs of this action are to be borne by the United States of America, and it is further,

**ORDERED, ADJUDGED AND DECREED**, that the Clerk of the Court shall enter judgment in accordance with this Order.

Dated: 8/10/12

_____
HONORABLE GLENN T. SUDDABY
UNITED STATES DISTRICT JUDGE